AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
AUG 31 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

GREAT AMERICAN INSURANCE COMPANY of NEW YORK
*Plaintiff*
v.
STAR OPERATIONS, INC., CRYSTAL SIGNS, INC., et al
*Defendant*

Civil Action No. SA-18-CV-132-DAE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff shall recover from Defendants the principal sum of $312,000.00, plus post-judgment interest at the rate of 2.44 per cent per annum from and after the date of entry of this Agreed Final Judgment until paid in full and all taxable costs. All claims by Plaintiff against Defendants are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David A. Ezra.

Date: 08/31/2018

CLERK OF COURT Jeannette J. Clack

*Signature of Clerk or Deputy Clerk*